UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAWAD AMIR MUSA,

                                 Petitioner,

        -v-

UNITED STATES OF AMERICA,

                                 Respondent.

_____

UNITED STATES OF AMERICA

        -v-

JAWAD AMIR MUSA,

                                 Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/22/2020__

No. 97-cv-2833 (RJS)
ORDER

No. 90-cr-863-8 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

        In recent weeks, Defendant Jawad Amir Musa has submitted numerous letters to the Court

notifying it of supplemental authority relevant to Musa's motion for compassionate release under

the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A)(i).  (ECF Nos. 344–55.)  Accordingly, IT IS

HEREBY ORDERED THAT the government shall file a letter by April 29, 2020, responding to

the arguments raised in and authorities identified by Musa's letters.

SO ORDERED.

Dated:        April 22, 2020
              New York, New York

                                              _____
                                              RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation